

GOVERNMENT EXHIBIT

10 TATTOOS-1

U.S. v Briseno



GOVERNMENT
EXHIBIT
10-TATTOOS-2
U.S. v Briseno

