UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

MAR 03 2022

NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
  Plaintiff

v.                                               Case No. 2:11 CR 77 (01)

JUAN BRISENO
  Defendant

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

### (Designate by Number or Letter)

Pltf. Exhibit:                                    Deft. Exhibit: —
GOVERNMENT EXHIBITS -
See attached Exhibit/Witness Lists
Guilt Phase & Penalty Phase

Dated: 3/4/22

Nicholas J. Padilla
Name

5400 FEDERAL PLAZA - Suite 1500
Street Address

HAMMOND                    IN    46320
City                       State  Zip Code

219. 937-5652
Telephone No.

# United States District Court
# Northern District of Indiana

**UNITED STATES OF AMERICA**
**V.**
**JUAN BRISENO**

**EXHIBIT & WITNESS LIST**
**Penalty Phase**

**CASE NUMBER: 2:11 CR 77 (01)**

| Presiding Judge: Hon. Philip P. Simon | | | | | Plaintiff's Attorney: David Nozick, AUSA and Bruce Hegyi, AUSA | Defendant's Attorney: John Maksimovich Arlington Foley |
|---|---|---|---|---|---|---|
| Proceeding: Jury Trial - **Penalty Phase** Date: Beginning on March 3, 2015 | | | | | Court Reporter: Sharon Boleck-Mroz | Courtroom Deputy: Noel Collins |

| Plf No | Def No. | Date | Offer | Admit | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/3/15 | | | **Penalty Phase - Govt's Case:** |
| | | | | | **MARISSA HARPER** |
| 08 m&s-G | | | | X | Photo of Michael Sessum |
| | | | | | **LAURA THOMAS** |
| 10 howard-C | | | | X | Photo of Latroy Howard |
| | | | | | **MARIA MEJIAS** |
| 08 m&s-F | | | | X | Photo of Miguel Mejias |
| | | | | | **DIANA LOPEZ-COLON** |
| Penalty Colon Video | | | X | X | Video with Miguel Colon - portion of "Cradle to Jail" |
| IG-1 | | | | X | Photo Array of IG's |
| | | | | | **IRMA AQUIRRE** |
| | | | | | **MARGIE ROSADO** |
| | | | | | **DAVID COULSON** |
| Beltran-A | | | X | X | Letters in Evidence Bag |
| | | | | | **BRIAN PAINE** |
| Beltran-A | | | X | X | Letters in Evidence Bag |
| Beltran-A-1 | | | X | X | Letter Dated 9/10/10 |
| Beltran-A-2 | | | X | X | Letter Dated 9/21/10 |
| Beltran-A-3 | | | X | X | Letter Dated 10/6/10 |
| Beltran-A-4 | | | X | X | Letter Dated 2/1/11 |

PAGE 2

| Plf No. | Dft No. | Date | Offer | Admit | Description |
|---|---|---|---|---|---|
| Beltran-A-5 | | | X | X | Letter Dated 8/9/11 |
| Beltran-A-6 | | 3/3/15 | X | X | Letter Dated 10/18/11 |
| | | | | | **JASON GORE** |
| | | | X | X | Photos of Juan Briseno's tattoos - 1-13 |
| 15 tattoos-1 | | | X | X | Photo - Juan Briseno standing |
| 15 tattoos-2 | | | X | X | Photo - Full figure front photo of Juan Briseno |
| 15 tattoos-3 | | | X | X | Photo - Backside of Juan Briseno |
| 15 tattoos-4 | | | X | X | Photo - Close-up of Back Side, Shoulder Area of Juan Briseno |
| 15 tattoos-5 | | | X | X | Photo - Juan Briseno's Hands |
| 15 tattoos-6 | | | X | X | Photo - Chest of Juan Briseno |
| 15 tattoos-7 | | | X | X | Photo - Neck Area of Juan Briseno |
| 15 tattoos-8 | | | X | X | Photo - Left Inner Forearm of Juan Briseno |
| 15 tattoos-9 | | | X | X | Photo - Right Inner Forearm of Juan Briseno |
| 15 tattoos-10 | | | X | X | Photo - Inner Arm Close-up of Pink Panther Tattoo & Federal Inmate Number in UPC Code style - Juan Briseno |
| 15 tattoos-11 | | | X | X | Photo - Right Shoulder of Juan Briseno |
| 15 tattoos-12 | | | X | X | Photo - Inner Biceps of Juan Briseno |
| 15 tattoos-13 | | | X | X | Photo - Lower Abdomen of Juan Briseno |
| | | 3/3/15 | | | **CONCLUSION OF GOVERNMENT PENALTY PHASE CASE** |
| | | 3/4/15 | | | **DEFENSE CASE OF PENALTY PHASE:** |
| | | 3/4/15 | | | **MARK BEZY** |
| | CC | | X | X | Presentation Regarding U.S. Penitentiary (Series of Photos) |
| | Y | | X | X | Page from BOP Website regarding population |
| | Z | | X | X | Printout regarding Prison Security Levels |
| | DD | | X | X | Printout regarding Sentences Imposed |
| | W | | X | X | Data on Inmate Assults |
| | AA | | X | X | Newest Facility Printout |
| | BB | | X | X | New Contraband System Printout |
| X | | | X | X | CDR Date "Guilty Findings for Assaults on Inmates & Staff" |
| | | | | | **GUILLERMO BRISENO (JR).** |
| | | | | | **ANNA BRISENO** |
| | O | | X | X | Birth Certificate for Juan Briseno |
| | P | | X | X | Baby Clothing |
| | EE | | X | X | Photos (2) |

PAGE 3

| P'f No. | Dft No. | Date | Offer | Admit | Description |
|---|---|---|---|---|---|
| | Grp FF | 3/4/15 | x | x | Series of Photos (5) |
| | GG | | x | x | Photo - Football Team |
| | Q | | x | x | Certificate of Appreciation to Juan from "Locks of Love" |
| | R | | x | x | Certification of Recognition   (Porter Stark) |
| | Grp S | | x | x | Letters written by Juan Briseno |
| Y | | | x | x | Photo - Block of Walnut Street  (Defendant's Home) |
| Y-1 | | | x | x | Photo - Calumet River at end of the Walnut Street Block |
| | | | | | **DIANE ALAIMO** |
| | T | | x | x | Community Work Program Report |
| | | 3/5/15 | | | **GUILLERMO BRISENO, SR.** |
| | | | | | **GERARDO SOLIS** |
| | | | | | **DAVID SCOTT DODRILL**   (Govt Rebuttal Witness, out of order) |
| USP LWOP | | | | | Data for 2014 Prisons |
| | | | | | **MARK BEZY** (on Defense Sur-Rebuttal) |
| | | | | | **JOSE BUSTOS** |
| | | | | | **RAQUEL GARZA** |
| | II | | x | x | Video of Juan's Grandfather |
| | | | | | **MELISSA BRISENO** |
| | HH | | x | x | Transcript of GED results for Juan Briseno |
| | | | | | **RACHAEL MURILLO** |
| | | | | | **ANGELICA MURILLO** |
| | | | | | **ANGEL MURILLO** |
| | | | | | END |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO187

# United States District Court
# Northern District of Indiana

| UNITED STATES OF AMERICA | EXHIBIT & WITNESS LIST |
|---|---|
| VS | CASE NUMBER: 2:11 CR 77 (01) PPS |

### GUILT PHASE

JUAN BRISENO

| Presiding Judge:<br>Hon. Philip Simon | Plaintiff Counsel:<br>David Nozick, AUSA and<br>Bruce Hegyi, AUSA | Defendant's Counsel:<br>Arlington Foley and<br>John Maksimovich |
|---|---|---|
| Proceeding: JURY TRIAL<br>Date: Beginning on February 3, 2015 | Court Reporter:<br>Rotating Daily Copy Reporters | Courtroom Deputy:<br>Noel Collins |

| Plf No. | Dft No | Date | Offer | Admit | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/3/15 | NO | NO | Information with Probable Cause Affidavit (from Opening Statement) |
| | 2 | | NO | NO | Information with Probable Cause Affidavit (from Opening Statement) |
| | | | | | **JASON GORE** |
| IG-1 | | | x | x | Chart (Photos) of IGs |
| IG-2 | | | x | x | Map - East Chicago, IN |
| IG-3 | | | x | x | Map - East Chicago, IN |
| | | 2/3/15 | | | **BRIAN PAINE** |
| 09MJ-B | | | x | x | Map - General Area |
| 09MJ-1 | | | x | x | Marijuana, recovered 4/24/09 |
| 09MJ-2 | | | x | x | U.S. Currency ($830) |
| 09walnut-B | | | x | x | Map of 5400 Block of Walnut (Dft's Residence) |
| 09walnut-11 | | | x | x | 45 Cal. Magazine (Ruger) |
| 09walnut-12 | | | x | x | Extended Pistol Magazine (Ruger) |
| 09walnut-13 | | | x | x | Rifle Magazine (Assult SKS) |
| 09walnut-14 | | | x | x | Ruger Gun Box |
| 09walnut-15 | | | x | x | Gun Cleaning Kit and Two Magazine Loaders |
| 09walnut-16 | | | x | x | Bullet Proof Vest ( in 2 Appos Box ) |
| 09walnut-17 | | | x | x | Machete |
| 09walnut-18 | | | x | x | Digital Scale |
| 09walnut-19 | | | x | x | Marijuana Grinder |

| Plaintiff No. | Dft No | Date | Offer | Admit | Description | PAGE 2 |
|---|---|---|---|---|---|---|
| 09walnut-20 | | 2/3/15 | X | X | License Plate | |
| 09walnut-21 | | | X | X | IG Drawings and Invitation | |
| 09walnut-22 | | | X | X | Assorted IG Jewelry | |
| 09walnut-23 | | | X | X | Pink Colored Items | |
| 09walnut-24 | | | X | X | Pink Colored Items | |
| 09walnut-25 | | | X | X | Large Stuffed Pink Panther | |
| 09walnut-26 | | | X | X | Clothing    (IN 2Apflos Box) | |
| 09walnut-27 | | | X | X | Pink Bat    (IN 2Apflos Box) | |
| 09walnut-28 | | | X | X | Black Shoulder Holster | |
| 09walnut-29 | | | X | X | 32 Live Rounds | |
| 09walnut-30 | | | X | X | Baretta Magazine Contain Live Ammo | |
| 09walnut-31 | | | X | X | Eight Live Rounds | |
| 09walnut-32 | | | X | X | Two Live Rounds | |
| 09walnut-33 | | | X | X | Three Live Rounds | |
| 09walnut-34 | | | X | X | Box with Forty-two Live Rounds | |
| 09walnut-35 | | | X | X | 12 Gauge Pump Action Shotgun | |
| 09walnut-36 | | | X | X | Two Cell Phones | |
| | | 2/4/15 | | | **BRIAN PAINE** | |
| | A | | **NO** | **NO** | Affidavit with Search Warrant | |
| | B | | X | X | Search Warrant with Property Inventory | |
| | | | | | **KEVIN HARRETOS** | |
| 07trap-A | | | X | X | Aerial View of 912 - 151st Street    ("The Trap") | |
| 07trap-B | | | X | X | Map | |
| 07trap-1 | | | X | X | Photo- Graffiti at Trap House | |
| 07trap-2 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-3 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-4 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-5 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-6 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-7 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-8 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-9 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap-10 | | | X | X | Photo - Graffiti at Trap House | |
| 07trap - 11 | | | X | X | Photo - Graffiti at Trap House | |

| Plaintiff No. | Dft No | Date | Offer | Admit | Description | PAGE 3 |
|---|---|---|---|---|---|---|
| 07trap-12 | | 2/4/15 | X | X | Photo - Gun | |
| 07trap-13 | | | X | X | Photo - Marijuana | |
| 07trap-14 | | | X | X | Photo - Various items - books, scale scanner, baggies, magazine | |
| 07trap-15 | | | X | X | Photo - Currency | |
| 07trap-16 | | | X | X | Photo - Another View of 15 | |
| 07trap-17 | | | X | X | Photo - Letter | |
| 07trap-18 | | | X | X | Photo - Gun Cleaning Kit & Marijuana Grinder | |
| 07trap-19 | | | X | X | Photo - Box of ammo | |
| 07trap-20 | | | X | X | Photo - shotgun | |
| 07trap-21 | | | X | X | Photo - Bag with SKS Assult Rifle | |
| 07trap-22 | | | X | X | Photo - Assult Rifle | |
| 07trap-19A | | | X | X | Ammo | |
| 07trap-19B | | | X | X | Two Boxes of Live Rounds | |
| 07trap - 19C | | | X | X | Two Boxes of Live Rounds | |
| 07trap-19D | | | X | X | Three Boxes of Live Rounds | |
| 07trap-20A | | | X | X | Shotgun | |
| 07trap-22A | | | X | X | SKS Assault Rifle | |
| 07trap-23 | | | X | X | Magazine | |
| 08trap-A | | | X | X | Aerial overview of area - 900 Block of 151st Street, East Chicago | |
| 08trap-B | | | X | X | General Area Map | |
| 08trap-1 | | | X | X | Photo - Gun, Handcuffs and Marijuana | |
| 08trap-2 | | | X | X | Photo - Marijuana in Toilet | |
| 08trap-3 | | | X | X | Photo - Revolver | |
| 08trap-4 | | | X | X | Photo - Five Rounds in Baggie | |
| 08trap-5 | | | X | X | Photo - Digital Scale and Marijuana | |
| 08trap-6 | | | X | X | Photo - Gun | |
| 08trap-7 | | | X | X | Photo - Pistol Grip Shot Gun | |
| 08trap-8 | | | X | X | Photo - SKS Assault Rifle | |
| 08trap-9 | | | X | X | Photo - Different View of Assault Rifle | |
| 08trap-10 | | | X | X | Photo - of Gang Graffiti | |
| 08trap-11 | | | X | X | Photo - of Gang Graffiti | |
| 08trap-12 | | | X | X | Photo - of Gang Graffiti | |
| 08trap-13 | | | X | X | Photo - of Gang Graffiti | |
| 08trap-14 | | | X | X | Photo - of Gang Graffiti | |

| Plaintiff No. | Dft No | Date | Offer | Admit | Description | PAGE 4 |
|---|---|---|---|---|---|---|
| 08trap-15 | | 2/4/15 | x | x | Photo - of Gang Graffiti | |
| 08trap-16 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-17 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-18 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-19 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-20 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-21 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-22 | | | x | x | Photo - of Gang Graffiti | |
| 08trap-1B | | | x | x | Five Live Rounds | |
| 08trap-1C | | | x | x | Handcuffs | |
| 08trap–3A | | | x | x | Firearm- Revolver | |
| 08trap - 3B | | | x | x | Six Rounds | |
| 08trap-4A | | | x | x | Seventeen Live Rounds | |
| 08trap-4B | | | x | x | Seven Live Rounds | |
| 08trap-4C | | | x | x | One Box Rounds | |
| 08trap-5A | | | x | x | Digital Scale | |
| 08trap-6A | | | x | x | Daisy BB Pistol | |
| 08trap-7B | | | x | x | Five Live Rounds | |
| 08trap -9B | | | x | x | Thirty Live Rounds | |
| 08trap-30 | | | x | x | Live Rounds | |
| | | 2/4/15 | x | x | **JUAN ANGEL BELTRAN** | |
| 10howard video-1 | | | x | x | CD - Liquor Store Video | |
| | | 2/4/15 | | | **AREF ISSA ABU-SHARKH** ( by Interpreter Irene Ishoo) | |
| | | 2/4/15 | | | **DANELLE WALBERG**            *(used )* | |
| 10 howard video | | | x | x | Liquor Store Video (multiple portions ~~admitted~~: J,K,L,M, N) | |
| 10howard video-J | | | x | x | Portion of Liquor Store Video | |
| 10howard video-L | | | x | x | Portion of Liquor Store Video | |
| 10howard video–M | | | x | x | Portion of Liquor Store Video | |
| 10howard video-N | | | x | x | Portion of Liquor Store Video | |
| 10howard - F | | | x | x | Photo Line-up as identified by Danelle Walberg | |
| | C | | x | NO | Statement of Danelle Walberg | |
| | | 2/4/15 | | | **BRANDON WEAVER** | |
| 10howard - A | | | x | x | Aerial View of 4862 Northcote Avenue, East Chicago | |
| 10howard - G | | | x | x | Photo Line-up as identified by Brandon Weaver | |

| Plaintiff No. | Dft No | Date | Offer | Admit | Description                                        PAGE 5 |
|---------------|--------|--------|-------|-------|----------------------------------------------------------|
| 08m&s-A       |        |        | x     | x     | Aerial View of 4900 block of Baring Avenue, East Chicago  |
| 08m&s - E     |        | 2/4/15 | x     | x     | Photo Line-up as identified by Brandon Weaver             |
|               | D      |        | NO    | NO    | Statement by Brandon Weaver                              |
|               |        | 2/4/15 |       |       | **MICHAEL MATHEWS**                                      |
|               |        | 2/4/15 |       |       | **JOHN RAMOS**                                          |
| 10howard -1   |        |        | x     | x     | Photo - 149th and Northcote                             |
| 10howard - 2  |        |        | x     | x     | Photo - East Chicago Liquor Store                       |
| 10howard - 3  |        |        | x     | x     | Photo - Front of Liquor Store w/ T-shirt                |
| 10howard - 4  |        |        | x     | x     | Photo - Front of Liquor Store                           |
| 10howard - 5  |        |        | x     | x     | Photo - Front of Liquor Store with/Evidence Markers     |
| 10howard - 6  |        |        | x     | x     | Photo - Marker #1                                       |
| 10howard - 7  |        |        | x     | x     | Photo - Marker #2                                       |
| 10howard - 8  |        |        | x     | x     | Photo - Marker #3                                       |
| 10howard - 9  |        |        | x     | x     | Photo - Marker #4                                       |
| 10howard - 10 |        |        | x     | x     | Photo - Marker #5                                       |
| 10howard - 11 |        |        | x     | x     | Photo - Marker #6                                       |
| 10howard - 20 |        |        | x     | x     | Spent Bullet Fragment                                   |
| 10howard - 21 |        |        | x     | x     | Box with Bullet(s) from Autopsy                         |
|               |        | 2/5/15 |       |       | **JOSEPH RENE TORRES**                                  |
|               | E      |        | NO    | NO    | Plea Agreement of Joseph Torres                         |
|               |        |        |       |       | **RONALD PERRY**                                        |
|               | F      |        | NO    | NO    | Statement of Ronald Perry                               |
|               |        |        |       |       | **DR. YOUNG KIM**                                       |
| 10howard-41   |        |        | x     | x     | Diagram of male body                                    |
| 10howard - 30 |        |        | x     | x     | Photo - L. Howard - head                                |
| 10howard -31  |        |        | x     | x     | Photo - L. Howard - closer view of head                 |
| 10howard -32  |        |        | x     | x     | Photo - Skull (Howard)                                  |
| 10howard - 33 |        |        | x     | x     | Photo - Brain (Howard)                                  |
| 10howard - 34 |        |        | x     | x     | Photo - Gunshot wound on nose                           |
| 10howard - 35 |        |        | x     | x     | Photo - Bullet in Skull                                 |
| 10howard - 36 |        |        | x     | x     | Photo - Bullet Fragments recovered from body            |
| 10howard - 21 |        |        | x     | x     | Two Spent Bullets from Autopsy                          |
|               |        | 2/5/15 |       |       | **LAURA THOMAS**                                        |
|               |        | 2/9/15 |       |       | **JOSE CARLOS VELEZ**                                   |

| Plf No. | Dft No | Date | Offer | Admit | Descripton | PAGE 6 |
|---|---|---|---|---|---|---|
| 10howard-F | | | x | x | Photo Line up signed by Danielle Walberg | |
| | | 2/9/15 | | | **JOSE CARLOS VELEZ (continued)** | |
| 10howard-G | | | x | x | Photo Line up signed by Brandon Weaver | |
| 10howard- C | | | x | x | Latroy Howard's Drivers License | |
| | - | | NO | NO | Property List taken from search of Weaver house | |
| | - | | NO | NO | East Chicago Continuation Sheet regarding DNA swab | |
| | - | | NO | NO | Supplemental Report, East Chicago Police Dept. | |
| | - | | NO | NO | Supplemental Report regarding testing of baseball cap | |
| | | 2/9/15 | | | **ARTHUR GRIST, JR.** | |
| | | 2/9/15 | | | **JENNIFER POMERANTZ** | |
| Cell Records 6 **NOTE: STRICKEN** | | | x | stricken NO | Certification for Cell Phone Records **STRICKEN** (pursuant to court ruling-prev 7th circuit case re: cert) | |
| Cell Records 7 | | | x | x | Cell Records for Juan Briseno's phone (219-808-3630) | |
| Cell Records 8 | | | x | x | Cell Records of 219-808-3630 | |
| Cell Records 3 | | | x | x | Cell Record | |
| | | 2/9/15 | | | **GALO FELICIANO** | |
| 10howard video-1A | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1B | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1C | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1D | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1E | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1F | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1G | | | x | x | Video Clip Portion of 10 howard video 1 | |
| **10howard video-1H** | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1-i | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1J | | | x | x | Video Clip Portion of 10 howard video 1 | |
| 10howard video-1N | | | x | x | Video Clip Portion of 10 howard video 1 | |
| | | | x | x | NOTE Video Clip Portions of 10 howard video 1, all portions are admitted | |
| | | 2/9/15 | | | **ISMAEL RODRIGUEZ** | |
| | | 2/9/15 | | | **SARAH CASTILLO-FLORES** | |
| | | 2/9/15 | | | **JOHN RAMOS** | |
| 10colon-50 | | | x | x | Diagram of Crime Scene | |
| 10colon-A | | | x | x | Area Overview | |
| 10colon-B | | | x | x | Map | |
| 10colon-1 | | | x | x | Photo - Front of buildings, crime scene with markers | |

| P'lf No. | Dft No | Date | Offer | Admit | Description | PAGE 7 |
|---|---|---|---|---|---|---|
| 10colon-2 | | | x | x | Photo - Crime scene with markers | |
| 10colon-3 | | | x | x | Photo - Crime scene with markers | |
| 10colon-4 | | 2/9/15 | x | x | Photo - Crime scene with markers | |
| 10colon-5 | | | x | x | Photo - Victim at scene | |
| 10colon-6 | | | x | x | Photo - Street with vehicles | |
| 10colon-6 | | | x | x | Photo - Street with vehicles | |
| 10colon-7 | | | x | x | Photo - Street with vehicles | |
| 10colon-8 | | | x | x | Photo - Markers 1, 2, 3 with red car | |
| 10colon-9 | | | x | x | Photo - Building and red car | |
| 10colon-10 | | | x | x | Photo - Markers | |
| 10colon-11 | | | x | x | Photo - Black car with #16 marker | |
| 10colon-12 | | | x | x | Photo - Marker #1, Spent Casing | |
| 10colon-13 | | | x | x | Photo - Markers #2, #3, Spent Casing and Bolt | |
| 10colon-14 | | | x | x | Photo - Marker #4, Spent Casing | |
| 10colon-15 | | | x | x | Photo - Markers #5, 6, Spent Casings | |
| 10colon-16 | | | x | x | Photo - Cell Phone | |
| 10colon-17 | | | x | x | Photo - Marker #9, Hat | |
| 10colon-18 | | | x | x | Photo - Markers #10, 11 - Spent Casings | |
| 10colon-19 | | | x | x | Photo - Markers #12, 13, Spent Casings | |
| 10colon-20 | | | x | x | Photo - Marker #14, Spent Casing | |
| 10colon-21 | | | x | x | Photo - Marker #15, Spent Casing | |
| 10colon-22 | | | x | x | Photo - Marker #16, Spent Casing | |
| 10colon-23 | | | x | x | Photo - Marker #17, Spent Casing | |
| 10colon-24 | | | x | x | Photo - Marker # 18 Spent Casing | |
| 10colon-25 | | | x | x | Photo - Markers #19, 20 - Spent Casings | |
| 10colon-26 | | | x | x | Photo - Marker #21, Spent Casing | |
| 10colon-27 | | | x | x | Photo - Marker #22, Spent Bullet Fragment | |
| 10colon-28 | | | x | x | Photo - Marker #23, Pair of Glasses | |
| 10colon-29 | | | x | x | Photo - Marker #24, Blood Spatter | |
| 10colon-30 | | | x | x | Photo - Marker #25, Empty Vodka Bottle | |
| 10colon-31 | | | x | x | Photo - Markers #26, 27, 28 | |
| 10colon-32 | | | x | x | Photo - Marker #27, Spent Casing | |
| 10colon-33 | | | x | x | Photo - Marker #28, Spent Casing | |
| 10colon-34 | | | x | x | Photo - Car with Bullet Hole in Windshield | |
| 10colon-35 | | | x | x | Photo - Inside of Vehicle | |
| 10colon-36 | | | x | x | Photo - Vehicle with Bullet in Hood | |

| Plf No | Dft No | Date | Offer | Admit | PAGE 8 |
|---|---|---|---|---|---|
| | | 2/9/15 | | | JOHN RAMOS (continued) |
| 10colon-37 | | | x | x | Photo - Red Camaro Front |
| 10colon-38 | | | x | x | Photo - Red Camaro Damage |
| 10colon-39 | | | x | x | Photo - Ford SUV with Bullet |
| 10colon-40 | | | x | x | Photo - Bullet Impact in SUV |
| 10colon-41 | | | x | x | Photo - Bullet impact in hood |
| 10colon-42 | | | x | x | Photo - Bullet impact in SUV |
| 10colon-43 | | | x | x | Photo - Back Window of SUV with Bullet Impact |
| 10colon-44 | | | x | x | Photo - Daylight View of Crime Scene Area |
| | | 2/10/15 | | | JOHN RAMOS (continues) |
| 10colon-60 | | | x | x | Two Spent Casings from Scene |
| 10colon-61 | | | x | x | Eight Spent Casings |
| 10colon-62 | | | x | x | Four Spent Casings |
| 10colon-63 | | | x | x | Six Spent Casings |
| 10colon-64 | | | x | x | Two Spent bullet fragments |
| | | 2/10/15 | | | JOHN CASTILLO |
| | | 2/10/15 | | | WILL ASKEW |
| 10colon-65 | | | x | x | Spent Shell Casing |
| 10colon-66 | | | x | x | Spent Fragment (from autopsy) |
| 10colon-67 | | | x | x | Glock Magazine (from pocket of colon) |
| | | 2/10/15 | | | CARLOS ORTA |
| 10colon D | | | x | cond admit | Rule 11 Letter (Carlos Orta) Will be admitted when signed document is provided |
| 10colon D | | | x | x | Rule 11 Letter (Carlos Orta) - Signed |
| | G | | NO | | Interview Notes from Interview with Carlos Orta on 5/7/2013 |
| | | 2/10/15 | | | JENNIFER POMERANTZ |
| Cell Records 2 | | | x | x | Calls-Juan Briseno and Fuzz, and glass companies Feb 6-7 |
| | | 2/10/15 | | | DR. JOHN CAVANAUGH, MD, MS |
| 10colon-81 | | | x | x | Autopsy Diagram |
| 10colon-70 | | | x | x | Photo - Identification Photo of M. Colon |
| 10colon-71 | | | x | x | Photo - Upper body of M. Colon |
| 10colon-72 | | | x | x | Photo - Close Up of Upper Body Wound |
| 10colon-73 | | | x | x | Photo - Tattoo |
| 10colon-74 | | | x | x | Photo - Tattoo |
| 10colon-75 | | | x | x | Photo - Inside of Chest Wall |

| Plf No. | Dft | Date | Offer | Admit | Description | PAGE 9 |
|---------|-----|------|-------|-------|-------------|--------|
| | | | | | **DR. JOHN CAVANAUGH** (continued) | |
| 10colon-76 | | | x | x | Photo - Lungs, showing wound to lung | |
| 10colon-77 | | | x | x | Photo - Heart with wound | |
| 10colon-78 | | | x | x | Photo - Evidence Photograph | |
| STIPULATION #1 | | | x | x | Stipulation of parties as to the identification as M. Colon | |
| 10colon-C | | | x | x | Photo -  M. Colon in life | |
| 07ortiz -50 | | | x | x | Photo -  Ortiz at autopsy | |
| 07ortiz-51 | | | x | x | Photo - Contact Lens in eyes | |
| 07ortiz-52 | | | x | x | Photo - Shoulder injury | |
| 07ortiz-53 | | | x | x | Photo - Tattoo | |
| 07ortiz-54 | | | x | x | Photo - Overall view of Chest | |
| 07ortiz-55 | | | x | x | Photo - Gunshot Wound uncovered | |
| 07ortiz-56 | | | x | x | Photo - Upper back - Bullet | |
| 07ortiz-57 | | | x | x | Photo - Close-Up | |
| 07ortiz-58 | | | x | x | Photo - Front of Chest | |
| 07ortiz-59 | | | x | x | Photo - Right Lung | |
| 07ortiz-60 | | | x | x | Photo - Evidence Photo showing Bullet Fragment | |
| 07ortiz-37 | | | x | x | Evidence Box with Spent Bullet Fragment | |
| 07ortiz-71 | | | x | x | Autopsy Diagram | |
| | | 2/10/15 | | | **HENRY HATCH** | |
| Firearms Demonstrative A (Govt Exhibit) | | | no | no | Diagram of Common Rifling Configurations | |
| Firearms Demonstrative B (Govt Exhibit) | | | no | no | Diagram of Marks on a Spent Bullet | |
| 10colon-60 | | | | x | Spent Casings (already in evidence) | |
| 10colon-61 | | | | x | Spent Casings (already in evidence) | |
| 10colon-62 | | | | x | Spent Casings (already in evidence) | |
| 10colon-63 | | | | x | Spent Casings (already in evidence) | |
| 10colon-64 | | | | x | Spent Casings (already in evidence) | |
| 10colon-65 | | | | x | Spent Casings (already in evidence) | |
| 10colon-66 | | | | x | Spent Casings (already in evidence) | |
| 10colon-67 | | | | x | Glock Magazine (already in evidence) | |
| | | 2/10/15 | | | **MICHAEL J. HARRETOS** | |
| 07 K9-A | | | x | x | 149th Street & Wegg Avenue Map | |
| 07 K9-B | | | x | x | 1500 Block of 149th Street - Hammond | |
| 07 K9-C | | | x | x | General Area Map | |
| | | 2/10/15 | | | **DARRELL SHAFFER** | |

| Plf No | Dft No | Date | Offer | Admit | Description | PAGE 10 |
|---|---|---|---|---|---|---|
| | | | | | DARRELL SHAFFER (continued) | |
| 07 K9-1 | | | x | x | Photo - Juan Briseno after arrest | |
| 07 K9-2 | | | x | x | Photo - dog bite on Juan Briseno's arm | |
| 07-K9-3 | | | x | x | Photo - dog bite on Juan Briseno's arm | |
| | | 2/11/15 | x | x | ANDRES LARA | |
| 10colon-E | | | x | x | Photo - "Fuzz" | |
| IG-7 | | | x | x | Photo - Gang Members at Cemetery | |
| IG-8 | | | x | x | Photo - Gang Members at Cemetery | |
| 09walnut-21 | | | x | x | Letter to Tito from "Money" | |
| IG-6 | | | NO | | Letters with Tito signature | |
| | | 2/11/15 | | | MICHAEL HAMER | |
| 07ortiz-A | | | x | x | Map - 1212 - 150th Street, Hammond, IN | |
| 07ortiz-B | | | x | x | Map - General Map of Area | |
| 07ortiz-1 | | | x | x | Photo - Building, Scene of the Crime | |
| 07ortiz-2 | | | x | x | Photo - Building with Apartments | |
| 07ortiz-3 | | | x | x | Photo - Front Door of Apt #4 | |
| 07ortiz-4 | | | x | x | Photo - Apt #4, View with Markers | |
| 07ortiz-5 | | | x | x | Photo - Sidewalk outside of Apt #4 | |
| 07ortiz-6 | | | x | x | Photo - Markers in front of Apt #4 | |
| 07ortiz-7 | | | x | x | Photo - Markers #1,2,3,4 | |
| 07ortiz-8 | | | x | x | Photo - Marker #1 with spent casing | |
| 07ortiz-9 | | | x | x | Photo -Marker #2 with spent casing | |
| 07ortiz-10 | | | x | x | Photo - Marker #3 with spent casing | |
| 07ortiz-11 | | | x | x | Photo - Marker #4 with spent casing | |
| 07ortiz-12 | | | x | x | Photo - View into Apt #4 with Markers # 6,7 | |
| 07ortiz-13 | | | x | x | Photo - Doorway of Apt #4 | |
| 07ortiz-14 | | | x | x | Photo - Markers #6,7 | |
| 07ortiz-15 | | | x | x | Photo - Hallway with Markers #6,7 | |
| 07ortiz-16 | | | x | x | Photo - Marker #6 with Bag of green leafy substance | |
| 07ortiz-17 | | | x | x | Photo - Cell Phone with Marker #7 | |
| 07ortiz-18 | | | x | x | Photo - Bathroom off Hallway | |
| 07ortiz-19 | | | x | x | Photo - Marker #8 on Wall with bullet hole | |
| 07ortiz-20 | | | x | x | Photo - Marker #5 with bullet fragment | |
| 07ortiz-21 | | | x | x | Photo - Close-up of item #8 | |
| 07ortiz-22 | | | x | x | Photo - Closer view of #8 | |
| 07ortiz-23 | | | x | x | Photo - Marker #9 on wall with bullet hole | |

| Plf No. | Dft No | Date | Offer | Admit | Description                                         PAGE 11 |
|---------|--------|------|-------|-------|------------------------------------------------------------|
|         |        | 2/11/15 |    |       | MICHAEL HAMER (continued) |
| 07ortiz-24 |     |      | x     | x     | Photo - Closer view of #9 |
| 07ortiz-25 |     |      | x     | x     | Photo - Sidewalk area, north of Apt #4 |
| 07ortiz-26 |     |      | x     | x     | Photo- Sidewalk area with blood |
| 07ortiz-30 |     |      | x     | x     | Bullet Box with evidence item #1 |
| 07ortiz-31 |     |      | x     | x     | Bullet Box with Item #2 |
| 07ortiz-32 |     |      | x     | x     | Bullet Box with Item #3 |
| 07ortiz-33 |     |      | x     | x     | Bullet Box with Item #4 |
| 07ortiz-34 |     |      | x     | x     | Bullet Box with fragment, Item #5 |
| 07ortiz-35 |     |      | x     | x     | Bullet Box with fragment, Item #8 |
| 07ortiz-36 |     |      | x     | x     | Bullet Box with fragment, Item #9 |
| 07ortiz-37 |     |      | x     | x     | Bullet Box with fragment (recovered at autopsy) |
| 07ortiz-40 |     |      | x     | x     | Map |
| 07ortiz-41 |     |      | x     | x     | Aerial View of Area |
| 07ortiz-42 |     |      | x     | x     | Aerial View Close Up |
| 07ortiz-43 |     |      | x     | x     | Front angle of location |
|         |        | 2/12/15 |    |       | GABRIEL MALABE |
| 07ortiz-45 |     |      | x     | x     | Video from business |
|         |        | 2/12/15 |    |       | DAVID ALMARAZ |
| 07ortiz-45 |     |      | x     | x     | Video from business |
|         |        | 2/12/15 |    |       | ANTHONY BALDAZO |
|         |        | 2/12/15 |    |       | ALEJANDRO CAMPOS |
| 09sanders-C |    |      | x     | x     | Medical Records |
|         |        |      |       |       | Note: Certification is for the record - NOT TO JURY |
|         |        | 2/12/15 |    |       | MICHAEL JORDEN |
| 09medina-A |     |      | x     | x     | Aerial View of Hoffman & Oak |
| 09medina-B |     |      | x     | x     | General Area Map |
| 09medina -25 |   |      | x     | x     | Photo - Jason Medina in hospital |
| 09medina-26 |    |      | x     | x     | Photo - Bullet wounds to legs |
| 09medina-27 |    |      | x     | x     | Photo - wounds close-up |
| 09medina-28 |    |      | x     | x     | Photo - Medina leg wounds |
| 09medina-29 |    |      | x     | x     | Photo - Wound to ankle |
| 09medina-30 |    |      | x     | x     | Photo - Clothing of Medina |
| 09medina-31 |    |      | x     | x     | Photo - Close-up of clothing (blue jeans) |
| 09medina-C |     |      | x     | x     | Medina Medical Records |
| 09medina-C-1 |   |      | -     | NO    | Certification for Medical Records - NOT TO JURY |

| Plf No. | Dft No. | Date | Offer | Admit | Description | PAGE 12 |
|---|---|---|---|---|---|---|
|  |  | 2/12/15 |  |  | MELISSA ANN OBERG |  |
| 07ortiz-32 |  |  | x | x | Bullet casing |  |
| 07ortiz-33 |  |  | x | x | Bullet casing |  |
| 07ortiz-34 |  |  | x | x | Bullet fragments |  |
| 07ortiz-35 |  |  | x | x | Bullet fragments |  |
| 07ortiz-36 |  |  | x | x | Bullet fragments |  |
| 07ortiz-30 |  |  | x | x | Bullet casing |  |
| 07ortiz-31 |  |  | x | x | Bullet casing |  |
|  |  | 2/12/15 |  |  | ANDRES ARENIVAS |  |
| 08Arenivas-C |  |  | x | x | Medical Records for Arenivas |  |
| 08Arenivas-C-1 |  |  | - | NO | Certification for Medical Records - NOT TO JURY |  |
| 08Arevinas-30 |  |  | x | x | Photo - Arenivas in hospital |  |
| 08Arenivas-31 |  |  | x | x | Photo - Bullet wound in back |  |
| 08Arenivas-6 |  |  | x | x | Photo - Truck with bullet hole |  |
| 08Arenivas-7 |  |  | x | x | Photo - Windshield with bullet hole |  |
| 08Arenivas-8 |  |  | x | x | Photo - Inside of Car |  |
| 08Arenivas-9 |  |  | x | x | Photo - Headrest with bullet hole |  |
| 08Arenivas-10 |  |  | x | x | Photo - Drivers Seat with bullet damage |  |
| 08Arenivas-11 |  |  | x | x | Photo - Window with bullet hole |  |
| 08Arenivas-12 |  |  | x | x | Photo - Luggage Rack of vehicle with bullet hole |  |
| 08Arenivas-13 |  |  | x | x | Photo - Luggage Rack of vehicle with bullet hole |  |
| 08Arenivas-14 |  |  | x | x | Photo - Back Door with bullet hole |  |
| 08Arenivas-15 |  |  | x | x | Photo - Gun in car |  |
| 08Arenivas-16 |  |  | x | x | Photo - Photo ID Card |  |
|  |  | 2/12/15 |  |  | YON FLETCHER |  |
| 09medina-1 |  |  | x | x | Photo - Crime Scene Marker |  |
| 09medina-2 |  |  | x | x | Photo - Street Sign |  |
| 09medina-3 |  |  | x | x | Photo - Street |  |
| 09medina-4 |  |  | x | x | Photo - Street with Markers |  |
| 09medina-5 |  |  | x | x | Photo- Marker #1 with spent casing |  |
| 09medina-6 |  |  | x | x | Photo - Marker #2 with spent casing |  |
| 09medina-7 |  |  | x | x | Photo - Marker #3 with spent casing |  |
| 09medina-8 |  |  | x | x | Marker #4 with spent casing |  |
| 09medina-9 |  |  | x | x | Photo - Marker #5 with spent casing |  |
| 09medina-10 |  |  | x | x | Photo - Marker #6 with spent casing |  |
| 09medina-11 |  |  | x | x | Photo - Marker #7 with spent casing |  |

| Plf No. | Dft No | Date | Offer | Admit | Description | PAGE 13 |
|---|---|---|---|---|---|---|
| 09medina-12 | | | x | x | Photo - Marker #8 with spent casing | |
| | | 2/12/15 | | | YON FLETCHER (continued) | |
| 09medina-13 | | | x | x | Photo - Sidewalk to north with Marker #9 | |
| 09medina-14 | | | x | x | Photo - #9 Marker | |
| 09medina-15 | | | x | x | Photo - #9 Marker | |
| 09medina-16 | | | x | x | Photo - Recycling Bin with bullet damage | |
| 09medina-17 | | | x | x | Photo - Close up of recycling bin with bullet damage | |
| 09medina-18 | | | x | x | Photo - Close up of recycling bin with bullet damage | |
| 09medina-19 | | | x | x | Photo - Vehicle that was struck | |
| 09medina-20 | | | x | x | Photo- Vehicle door with bullet hole | |
| 09medina-21 | | | x | x | Photo - Vehicle door with bullet hole | |
| 09meina-22 | | | x | x | Photo - vehicle door with bullet hole close up | |
| 09medina-23 | | | x | x | Photo - Inside of door of vehicle | |
| 09medina-24 | | | x | x | Photo - Close up of spent bullet | |
| 09medina-5A | | | x | x | Shell Casing | |
| 09medina-6A | | | x | x | Shell Casing | |
| 09medina-7A | | | x | x | Shell Casing | |
| 09medina-8A | | | x | x | Shell Casing | |
| 09medina-9A | | | x | x | Shell Casing | |
| 09medina-10A | | | x | x | Shell Casing | |
| 09medina-11A | | | x | x | Shell Casing | |
| 09medina-12A | | | x | x | Shell Casing | |
| | | 2/17/15 | | | ANTHONY MICHAEL ROMERO | |
| | | 2/17/15 | | | HENRY HATCH | |
| STIPULATION #2 | | | x | x | STIPULATION #2 | |
| 07ortiz-C | | | x | x | Photo | |
| IG-4 | | | | NO | 911 Call Certification  (NOTE: Certification NOT TO JURY) | |
| IG-5 | | | x | x | 911 Call Disc | |
| 08brown 911-A | | | x | x | 911 Call portion | |
| | | 2/17/15 | | | RICHARD OGLE, JR. | |
| 08brown-A | | | x | x | Aerial View of Magoun & 150th Street | |
| 08brown 911-C | | | x | x | 911 Call portion | |
| 08brown 911-B | | | x | x | 911 Call portion | |
| 08brown-6 | | | x | x | Photo - Magoun Street | |
| 08brown-21 | | | x | x | Photo - 5005 Magoun Street | |
| 08brown-22 | | | x | x | Photo - 5005 Magoun Street Front Door | |

| Plf No. | Dft No | Date | Offer | Admit | Description | PAGE 14 |
|---|---|---|---|---|---|---|
| 08brown-23 | | | x | x | Photo - Bullet Damage at 5005 Magoun Street | |
| | | 2/17/15 | | | **GABRIEL NAVA** | |
| | | 2/17/15 | | | **CLAUDIO GONZALEZ** | |
| 08brown-B | | | x | x | Street Map of City of East Chicago | |
| 08brown-CS | | | x | x | Hand Drawn Area of Crime | |
| 08brown-1 | | | x | x | Street Sign | |
| 08brown-2 | | | x | x | Photo - Markers in Front of Store | |
| 08brown-3 | | | x | x | Photo - Street | |
| 08brown-4 | | | x | x | Photo - Street | |
| 08brown-5 | | | x | x | Photo - Baseball Cap | |
| 08brown-6 | | | x | x | Photo - Corner of Magoun Street | |
| 08brown-7 | | | x | x | Photo - Marker #1 with spent casing | |
| 08brown-8 | | | x | x | Photo - Marker #2 with spent casing | |
| 08brown-9 | | | x | x | Photo - Marker #3 with spent casing | |
| 08brown-10 | | | x | x | Photo - Marker #4 with spent casing | |
| 08brown-11 | | | x | x | Photo - Marker #5 with spent casing | |
| 08brown-12 | | | x | x | Photo - Marker #6 with spent casing | |
| 08brown-13 | | | x | x | Photo - Marker #7 with spent casing | |
| 08brown-14 | | | x | x | Photo - Marker #8 with spent casing | |
| 08brown-15 | | | x | x | Photo - Marker #9 with spent casing | |
| 08brown-16 | | | x | x | Photo - Marker #10 with spent casing | |
| 08brown-17 | | | x | x | Photo - Marker #11 with spent casing | |
| 08brown-18 | | | x | x | Photo - Marker #12 with spent casing | |
| 08brown-19 | | | x | x | Photo - Marker #13 with spent casing | |
| 08brown-20 | | | x | x | Photo - Bullet Box with spent casing | |
| 08brown-21 | | | x | x | Photo - 5005 Magoun Street | |
| 08brown-22 | | | x | x | Photo - Front Door of 5005 Magoun Street | |
| 08brown 23 | | | x | x | Photo - Interior of 5005 Magoun Street showing bullet damage | |
| 08brown-24 | | | x | x | Photo - Swept up pile | |
| 08brown-25 | | | x | x | Photo - Building at 5001 Magoun Street | |
| 08brown-26 | | | x | x | Photo - 5001 Magoun Door | |
| 08brown-27 | | | x | x | Photo - Skid Mark of bullet on home | |
| 08brown-28 | | | x | x | Photo - Corner of 150th & Magoun Streets | |
| 08brown-29 | | | x | x | Photo - Corner of 150th & Magoun | |
| 08brown-30 | | | x | x | Photo - Parking Lot at St. Stanis | |
| 08brown-31 | | | x | x | Photo - Fence and Parking Lot | |

| Plf No. | Dft No | Date | Offer | Admit | Description    PAGE 15 |
|---|---|---|---|---|---|
| 08brown-32 | | | x | x | Photo - X-ray of Victim's Chest |
| | | 2/17/15 | | | **RICARDO FARMER** |
| 08brown-E | | | x | x | Photo Line-Up |
| | | | | | **JASON GORE** |
| | | | | | **JENNIFER POMERANTZ** |
| Cell Records-1 | | | x | x | Chart that Jennifer Pomerantz created |
| | | | | | **PATRICIA WUNDERLICH** |
| 08brown-D | | | x | x | Photo Line-Up as Identified by Patricia Wunderlich |
| | | 2/18/15 | | | **JOSEPH COGAN** |
| 08brown-71 | | | x | x | Diagram of Body (multi-page) |
| 08brown-50 | | | x | x | Photo - Harris Brown (at autopsy) |
| 08brown 51 | | | x | x | Photo - Harris Brown - Hand |
| 08brown 52 | | | x | x | Photo - Harris Brown - Arm |
| 08brown 53 | | | x | x | Photo - Harris Brown - Forearm Wound |
| 08brown 54 | | | x | x | Photo - Harris Brown - Wound with Bullet inside |
| 08brown 55 | | | x | x | Photo - Harris Brown - Chest with Bullet Inside |
| 08brown 56 | | | x | x | Photo - Harris Brown - Bullet Entrance Wound on Back |
| 08 brown 57 | | | x | x | Photo - Harris Brown - Close up of Back Bullet Wound |
| 08 brown 58 | | | x | x | Photo - Harris Brown - Back with Wound |
| 08brown 59 | | | x | x | Photo - Bullet from elbow - from autopsy |
| 08brown 60 | | | x | x | Photo - Bullet from back - from autopsy |
| 08brown -C | | | x | x | Medical Records of Harris Brown |
| 08brown-C-1 | | | - | NO | Certification for Medical Records of Harris Brown - **NOT TO JURY** |
| | | 2/18/15 | | | **DANIEL PONCE** |
| 09santos-A | | | x | x | Overview of 5015 Baring Avenue Area |
| 09santos-B | | | x | x | General Area Map |
| 09santos-20 | | | x | x | Ammo |
| 09santos-21 | | | x | x | AK 47 Magazines |
| 09santos-22 | | | x | x | Ammo for AK 47 |
| 09santos-23 | | | x | x | Ammo for 380 |
| 09santos-24 | | | x | x | Ammo - 22 caliber |
| 09santos-25 | | | x | x | Ammo - 32 caliber |
| 09santos-26 | | | x | x | Ammo - 9mm |
| | | 2/18/15 | | | **LUIS MOLINA, II** |
| 07 XD 40-A | | | x | x | Aerial View of 4862 Northcote Avenue |
| 07 XD 40-B | | | x | x | General Area Map |

| Plf No | Dft | Date | Offer | Admit | Description                                      PAGE 16 |
|---|---|---|---|---|---|
|  |  | 2/18/15 |  |  | **ISRAEL RODRIGUEZ** |
| Stipulation #3 |  | 2/18/15 | x | x | STIPULATION #3 As to the Identify of Harris Brown |
| 08brown-F |  |  | x | x | Photo of Harris Brown (in life) |
|  |  | 2/18/15 |  |  | **JAMES ONOHAN** |
| 09roberts-A |  |  | x | x | Aerial View of Shooting Location |
| 09roberts-B |  |  | x | x | General Area map |
| 09roberts-40 |  |  | x | x | Photo - Joshua Roberts in hospital |
| 09roberts-41 |  |  | x | x | Photo - Joshua Roberts in hospital showing wound in armpit |
| 09roberts-42 |  |  | x | x | Photo - Joshua Roberts showing hip wound |
| 09roberts-43 |  |  | x | x | Photo - Closer View of hip wound |
| 09roberts-44 |  |  | x | x | Photo - wound in armpit area |
| 09roberts-C |  |  | x | x | Medical Records of Joshua Roberts |
| 09roberts-C-1 |  |  | x | NO | Certification for Medical Records for Joshua Roberts - NOT TO JURY |
|  |  | 2/18/15 |  |  | **RICHARD RAY** |
| 08wolf lake-A |  |  | x | x | Aerial View of Wolk Lake Park |
| 08wolf lake-B |  |  | x | x | General Area Map |
| 08wolf lake-C |  |  | x | x | Booking Photo of Juan Briseno |
|  |  | 2/18/15 |  |  | **THOMAS STRABARY** |
|  |  | 2/18/15 |  |  | **DANIEL MOHOI** |
| 08m&s-A |  |  | x | x | Aerial Map of 4926 Baring Avenue |
| 08m&s-B |  |  | x | x | General Area Map |
| 08m&s-9 |  |  | x | x | Photo - Victim on Front Porch |
| 08m&s-10 |  |  | x | x | Photo - Victim on Front Porch |
| 08m&s-23 |  |  | x | x | Photo - Back Porch with food |
|  |  | 2/18/15 |  |  | **WILLIAM ASKEW** |
| 08m&s-1 |  |  | x | x | Photo - Rear of House |
| 08m&s-2 |  |  | x | x | Photo - Rear/alley of house |
| 08m&s-3 |  |  | x | x | Photo - Alley behind home |
| 08m&s-4 |  |  | x | x | Photo - Markers #1, 2, 3,4 |
| 08m&s-5 |  |  | x | x | Photo - Rear, alley, garage |
| 08m&s-6 |  |  | x | x | Photo - Rear with #1 marker |
| 08m&s-7 |  |  | x | x | Photo - Markers #2,3,4 with shell casings |
| 08m&s-8 |  |  | x | x | Photo - Alley with #1-4 markers |
| 08m&s-9 |  |  | x | x | Photo - Front porch with victim, marker #7 |
| 08m&s-10 |  |  | x | x | Photo - Victim with plastic bag |
| 08m&s-11 |  |  | x | x | Photo - Marker #7 |

| Plf No. | Dft No | Date | Offer | Admit | Description PAGE 17 |
|---|---|---|---|---|---|
| | | 2/18/15 | | | **WILLIAM ASKEW** (continued) |
| 08 m&s-12 | | | x | x | Photo - Front door with marker #7 |
| 08m&s-13 | | | x | x | Photo - Living Room with markers #5 and 6 |
| 08m&s-14 | | | x | x | Photo - Marker #6 with bullet fragment |
| 08m&s-15 | | | x | x | Photo -Marker #5 with bullet fragment |
| 08m&s-16 | | | x | x | Photo - Rear entrance inside home with bullet damage |
| 08m&s-17 | | | x | x | Photo - Storm door with shattered glass with bullet damage, bullet hole |
| 08m&s-18 | | | x | x | Photo - Storm door with shattered glass |
| 08m&s-19 | | | x | x | Photo - Rear entrance with shattered glass |
| 08m&s-20 | | | x | x | Photo - Markers #5 and 6 |
| 08m&s-21 | | | x | x | Photo - Rear door entrance with bullet damage |
| 08m&s-22 | | | x | x | Photo - Rear Entrance |
| 08m&s-23 | | | x | x | Photo - Rear porch with food in bags |
| 08m&s-24 | | | x | x | Photo - Gangway between houses |
| 08m&s-25 | | | x | x | Photo - Victim on front porch |
| 08m&s-26 | | | x | x | Photo - Bullet wound on victim's back |
| 08m&s-30 | | | x | x | Shell Casings from scene |
| 08m&s-31 | | | x | x | Three Bullet Fragments from scene |
| 08m&s-32 | | | x | x | Bullet Box with Bullet Fragments recovered from autopsy. **Note: 32 &33 contained in one evidence bag** |
| 08m&s-33 | | | x | x | Bullet Box with Bullet Fragments recovered from autopsy |
| 08m&s-34 | | | x | x | Bullet Fragment from autopsy |
| | | 2/18/15 | | | **ORLANDO CORREA** |
| 10XD-9-A | | | | | General Map |
| 10XD-9-B | | | | | Aerial Photo |
| | | 2/19/15 | | | **CARMEN RAMIREZ** |
| 09roberts-1 | | | x | x | Photo - ID Marker of Incident |
| 09roberts-2 | | | x | x | Photo - "1322" Residence address sign |
| 09roberts-3 | | | x | x | Photo - Front of Resident |
| 09roberts-4 | | | x | x | Photo - Street |
| 09roberts-5 | | | x | x | Photo - Clothing at Scene |
| 09roberts-6 | | | x | x | Photo - Residence and clothing |
| 09roberts-7 | | | x | x | Photo - Markers with clothing |
| 09roberts-8 | | | x | x | Photo - Markers with clothing |
| 09roberts-9 | | | x | x | Photo - Fence with damage |
| 09roberts-10 | | | x | x | Photo - Fence with damage-close-up |

| Plf No. | Dft No | Date | Offer | Admit | Description | PAGE 18 |
|---|---|---|---|---|---|---|
| 09roberts-11 | | | x | x | Photo -Fence close-up | |
| 09roberts-12 | | | x | x | Photo - Broken slat from fence | |
| | | 2/19/15 | | | **CARMEN RAMIREZ** (continued) | |
| 09 roberts-13 | | | x | x | Photo - Chain Link Fence | |
| 09roberts-14 | | | x | x | Photo - Vehicle | |
| 09roberts-15 | | | x | x | Photo - Damage to vehicle | |
| 09roberts-16 | | | x | x | Photo - Stop sign with marker | |
| 09roberts-17 | | | x | x | Photo - Marker #3 | |
| 09roberts-18 | | | x | x | Photo - 1314 Truman Street | |
| 09roberts-19 | | | x | x | Photo - Truman House | |
| 09roberts-20 | | | x | x | Photo - Vehicle with damage | |
| 09roberts-21 | | | x | x | Photo - Vehicle | |
| 09roberts-22 | | | x | x | Photo - Damage to Residence | |
| 09roberts-23 | | | x | x | Photo - Damage close-up | |
| 09roberts-30 | | | x | x | Shell Casing | |
| 09roberts-31 | | | x | x | Bullet Box (item #4) with Bullet Fragment | |
| 09roberts-32 | | | x | x | Bullet Box (item #5) with Spent Bullett | |
| 09roberts-33 | | | x | x | Bullet Box (item #6) with Bullet Fragments | |
| 09roberts-40 | | | x | x | Photo - Joshua Roberts in hospital | |
| | | 2/19/15 | | | **BRIAN PAINE** | |
| 08m&s A-R | | | x | x | REVISED EXHIBIT of 08 m&s-A - Aerial Map | |
| 10tattoo-1 | | | x | x | Mugshot of Juan Briseno showing tattoos | |
| 10tattoo-2 | | | x | x | Mugshot of Juan Briseno showing tattoos | |
| 10tattoo-3 | | | x | x | Mugshot of Juan Briseno showing tattoos | |
| | | 2/19/15 | | | **MARISSA HARPER** | |
| 09m&s-80 | | | x | x | Photo - Bathroom | |
| 09m&s-81 | | | x | x | Photo - Blood drops on floor | |
| 09m&s-82 | | | x | x | Photo - Bathtub with blood drops | |
| 09m&s-83 | | | x | x | Photo - Marissa Harper | |
| | | 2/19/15 | | | **JOSEPH HARYASZ** | |
| 08m&s-D | | | x | x | Line-up as identified by Joseph Haryasz | |
| | | | x | x | 911 Call portion (911 Call CD is already admitted in evidence) | |
| | | 2/19/15 | | | **TIFFANY SESSUM** | |
| 08m&s-911-A | | | x | x | 911 Call portion | |
| 07m&s-911-B | | | x | x | 911 Call portion | |
| 07m&s-911-C | | | x | x | 911 Call portion | |

| Plf No. | Dft No. | Date | Offer | Admit | Description                                                                 PAGE 19 |
|---------|---------|---------|-------|-------|-----------------------------------------------------------------------------|
|         |         | 2/19/15 |       |       | **AMANDA MARTINEZ** |
|         |         | 2/20/15 |       |       | **VINCENT GARZA** |
|         |         | 2/20/15 |       |       | **HENRY HATCH** |
|         |         | 2/20/15 |       |       | **JACOB DAVIDOVICH** |
|         |         | 2/20/15 |       |       | **ADAM GALBRAITH** |
| 08m&s-H |         |         | x | x | Medical Records of Marisa Harper |
| 08m&s-H-1 |       |         |   | NO | Certification for Medical Records of Marisa Harper - **NOT TO JURY** |
|         |         | 2/20/15 |   |   | **JOHN CAVANAUGH** |
| 08m&s-51 |        |         | x | x | Diagram for autopsy (Michael Sessum) |
| 08 m&s-38 |       |         | x | x | Photo - Dressed body of Michael Sessum as received |
| 08m&s-39 |        |         | x | x | Photo - Body of Michael Sessum |
| 08m&s-40 |        |         | x | x | Photo - Clothing (belonging to Michael Sessum) |
| 08m&s-41 |        |         | x | x | Photo - Body of Michael Sessum |
| 08m&s-42 |        |         | x | x | Photo - Body of Michael Sessum |
| 08m&s-43 |        |         | x | x | Photo - Exposed Bullet below skin (Michael Sessum) |
| 08m&s-44 |        |         | x | x | Photo - Bullet Wound in Back (Michael Sessum) |
| 08m&s-45 |        |         | x | x | Photo - Close-up View of Entry Wound (Michael Sessum) |
| 08m&s-46 |        |         | x | x | Photo - Inside of Body with organs removed (Michael Sessum) |
| 08m&s-47 |        |         | x | x | Photo - Portion of Lung (Michael Sessum) |
| 08m&s-48 |        |         | x | x | Photo - Lung (Michael Sessum) |
| 08m&s-49 |        |         | x | x | Photo - Bullet Removed at Autopsy of Michael Sessum |
| 08m&s-71 |        |         | x | x | Diagram for autopsy (Miguel Mejias) |
| 08m&s-60 |        |         | x | x | Photo - Body of Miguel Mejias as received |
| 08m&s-61 |        |         | x | x | Photo - Head Injury (Miguel Mejias) |
| 08m&s-62 |        |         | x | x | Photo - Side of Body with Chest Tube (Miguel Mejias) |
| 08m&s-63 |        |         | x | x | Photo - Injuries of Foot and Leg (Miguell Mejias) |
| 08m&s-64 |        |         | x | x | Photo - Body, Back with Gunshot wound (Miguel Mejias) |
| 08m&s-65 |        |         | x | x | Photo - Close-up View of Back with gunshot wound (Miguel Mejias) |
| 08m&s-66 |        |         | x | x | Photo - Top of skull (Miguel Mejias) |
| 08m&s-67 |        |         | x | x | Photo - Inside of Head, Brain (Miguel Mejias) |
| 08m&s-68 |        |         | x | x | Photo - Fragments removed from body of Miguel Mejias at autopsy |
| 08 m&s-69-A |     |         | x | x | Photo - Inside of Body (Miguel Mejias) |
| 08m&s-69-B |      |         | x | x | Photo - Abdomen (Miguel Mejias) |
| 08m&s-69-C |      |         | x | x | Photo - Fragment of Metal in Spinal Column |
| STIPULATION #4 |  |         | x | x | STIPULATION #4 Regarding the Identity of Miguel Mejias |
| STIPULATION #5 |  |         | x | x | STIPULATION #5 Regarding the Identity of Michael Sessum |

| Plf No. | Dft No | Date | Offer | Admit | Description                                                             PAGE 20 |
|---|---|---|---|---|---|
| 08m&s–F |  |  | x | x | Photo - Miguel Mejias in Life |
| 08m&s-G |  |  | x | x | Photo - Michael Sessum in Life |
|  |  | 2/24/15 |  |  | **DEFENDANT'S CASE:** |
|  |  | 2/24/15 |  |  | **JOSE ALFREDO JIMENEZ** (outside of the jury's presence) |
|  |  |  |  |  | **JOSE ALFREDO JIMENEZ** |
|  | H |  | x | x | STIPULATION  (Regarding hair sample, Luis Oritiz/Juan Briseno) |
|  |  | 2/24/15 |  |  | **CLARENCE ANDERSON** |
|  | I |  | x | **NO** | Question and Answer Statements (Shawn Brown) |
|  | J |  | x | **NO** | Question and Answer Statements (Oshea Abbey) |
|  | K |  | x | x | Affidavit / Charging Document |
|  | L |  | x | **NO** | Probable Cause Affidavit |
|  |  |  |  |  | **COREY WALTON** |
|  |  |  |  |  | **EDWARD RODRIGUEZ** |
|  | M |  | x | x | Charging Document (Information) for John Feliciano & Claudio Martinez |
|  | N |  | x | **NO** | Affidavit of Edward Rodriguez |
|  |  | 2/25/15 |  |  | **OSHEA ABBEY** |
| 08brown-CS-Abbey |  |  | x | x | Diagram of area as identified by Oshea Abbey |
|  |  |  |  |  | **DEFENSE RESTS** |
|  |  |  |  |  | **REBUTTAL EVIDENCE BY THE GOVERNMENT:** |
|  |  |  |  |  | **MICHAEL HAMER** |
| 07ortiz-27-A |  |  | x | x | Photo - Inside apartment, carpet with blood trail |
| 07ortiz-27-B |  |  | x | x | Photo - Inside apartment, carpet with blood trail |
| 07ortiz-27-C |  |  | x | x | Photo - Closer view of carpet, blood |
| 07ortiz-27-D |  |  | x | x | Photo - Carpet |
| 07ortiz-27-E |  |  | x | x | Photo - Hallway with # 6, 7 Markers |
| 07ortiz-27-F |  |  | x | x | Photo - Hallway with blood, hand print |
| 07ortiz-27-G |  |  | x | x | Photo - Room in apartment |
| 07ortiz-27-H |  |  | x | x | Photo - Room in apartment |
| 07ortiz-27-I |  |  | x | x | Photo - Storm door with blood |
| 07ortiz-27-J |  |  | x | x | Photo - Storm door with blood, closer view |
| 07ortiz-27-K |  |  | x | x | Photo - Hand of victim at hospital |
| 07ortiz-27-L |  |  | x | x | Photo - Left hand of victim at hospital |
| 07ortiz-27-M |  |  | x | x | Photo - Victim's Hand at hospital |
|  |  | 2/25/15 |  |  | **SHAWN BROWN** |
|  |  |  |  |  | **AISHA ELLISON** |